760

Commonwealth *v.* Sealy, et al., Appellants.

Before RAUP, J.

Argued December 11, 1975. *Ronald C. Travis,* with him *Candor, Youngman, Gibson and Gault,* for appellant, at No. 1143; *Kenneth D. Brown,* Assistant Public Defender, with him *Peter T. Campana,* Public Defender, for appellant, at No. 1226; *David C. Shipman,* Assistant District Attorney, and *Allen E. Ertel,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Smith, Appellant.

Before REED, J.

Submitted November 17, 1975. *Harry E. Knafelc,* Assistant Public Defender, for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Smith, Appellant.

Before SHUGHART, P.J., without a jury.

Argued December 10, 1975. *William C. Costopoulos,* with him *Kollas & Costopoulos,* for appellant; *James D. Bogar,* Assistant District Attorney, with him *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.